IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jamie Triplett, Jr., | Case No. 5:15 CV 133 |
| Plaintiff, | ORDER ADOPTING <u>REPORT AND RECOMMENDATION</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Lebanon Correctional Institution, et al., | |
| Defendants. | |

This Court has reviewed the Magistrate Judge's April 18, 2016 Amended Report and Recommendation ("R&R") (Doc. 8). The R&R recommends the Petition of James Triplett for a Writ of Habeas Corpus be dismissed and/or denied.

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to an R&R within fourteen (14) days of being served with the R&R. If a party timely objects, this Court reviews *de novo* the portions of the R&R to which objections were made. If a party does not timely object, the party waives *de novo* review by the district court. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

Triplett's deadline for filing objections has passed, and this Court received no requests for extension from counsel. The R&R accurately states the facts and law. This Court adopts the R&R in full.

The Petition (Doc. 1) is dismissed without prejudice. Further, this Court certifies an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c).

IT IS SO ORDERED.

                                               s/ *Jack Zouhary*
                                               JACK ZOUHARY
                                               U.S. DISTRICT JUDGE

                                               May 10, 2016